UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN CANEPA,<br><br>            Plaintiff,<br><br>       v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | CASE NO. 3:21-cv-05927-RSM-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION |

This matter is before the Court on referral from the district court and on the parties' stipulated motion to extend defendant's expert disclosures deadline. Dkt. 17.

The Court finds good cause and grants the motion. Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by November 6, 2022. Any rebuttal expert disclosures are due by November 20, 2022. All other deadlines remain the same.

Dated this 30th day of September, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION - 1