UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN CANEPA,<br><br>              Plaintiff,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | CASE NO. 3:21-cv-05927-RSM-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER |

This matter is before the Court on referral from the district court and on the parties' stipulated motion to modify the scheduling order. *See* Dkt. 19.

The parties request a six-month extension of the remaining pretrial deadlines so that they may conduct additional discovery that was delayed by COVID-19 and explore settlement. *See* Dkt. 19 at 1. The Court finds good cause and grants the request. This case is now scheduled for a four-day jury trial beginning **October 23, 2023, at 9:00 a.m. before the Honorable Ricardo S. Martinez in Courtroom 13206.**

The scheduling order in this matter is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Defendants' expert disclosures under Fed. R. Civ. P. 26(a)(2) | November 6, 2022 | May 5, 2023 |
| Rebuttal expert disclosures | November 20, 2022 | May 19, 2023 |
| Discovery completed by | December 1, 2022 | June 2, 2023 |
| Dispositive motions filed by | January 5, 2023 | July 7, 2023 |
| All motions in limine must be filed by this date noted on the motion calendar no later than the third Friday after filing. Motions in limine raised in trial briefs will not be considered. | March 27, 2023 | September 29, 2023 |
| Agreed LCR 16.1 pretrial order | April 12, 2023 | October 13, 2023 |
| Pretrial conference | To be set | |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | April 21, 2023 | October 20, 2023 |

The parties shall comply with the Court's pretrial scheduling order except as amended herein.

Dated this 24th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
MODIFY THE SCHEDULING ORDER - 2